STATE OF CONNECTICUT *v.* ANGEL GUADALUPE

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 819 (AC 20219), is denied.

*Jeffrey D. Cedarfield,* in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided January 3, 2002

STATE OF CONNECTICUT *v.* NICHOLAS APONTE

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 429 (AC 20233), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided January 3, 2002

STATE OF CONNECTICUT *v.* JORGE ORTA

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 783 (AC 20282), is denied.

*Darcy McGraw,* special public defender, in support of the petition.

*Joy K. Fausey,* deputy assistant state's attorney, in opposition.

Decided January 3, 2002